

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS ORTIZ, Individually and on Behalf of All
Others Similarly Situated,

           Plaintiff,

   -against-

STATE STREET CORPORATION, et al.,

           Defendants.
-------------------------------------------------------------X

Civil Action No. 14 CV 5478

AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS  )
                          S.S.:
COUNTY OF SUFFOLK       )

      **MICHAEL NOBLE**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 28th day of July, 2014, at approximately 3:06 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and CLASS & COLLECTIVE ACTION COMPLAINT** upon **STATE STREET BANK AND TRUST COMPANY** c/o CT Corporation System at 155 Federal Street, Suite 700, Boston, MA, by personally delivering and leaving the same with **GAIL BROWN**, who informed deponent that she is a Corporate Operations Specialist for CT Corporation System and is authorized by appointment to receive service at that address.

      **GAIL BROWN** is a white female, approximately 47 years of age, stands approximately 5 feet 2 inches tall, and weighs approximately 165 pounds with brown hair.

_[signature]_
MICHAEL NOBLE

Sworn to before me this
29 day of July, 2014

_[signature]_
NOTARY PUBLIC

CHRISTINE L BROWN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 29, 2021

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com